**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **STEVEN JOHNSON,** | ) | Case No. 2:17-cv-04109-JFW |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| **WELLS FARGO BANK,** | ) | |
| **NATIONAL ASSOCIATION**, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties this matter is dismissed without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated this 22nd day of August, 2017.

_____
The Honorable John F. Walter